AO 245B-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WILLIAM SCOTT STARK | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **05-cr-0009 CMK**<br><br>Aaron Williams<br>_____<br>Defendant's Attorney |

**THE DEFENDANT:**

[X]  pleaded guilty to count(s): ___2___.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.23(a)(2) | Driving Under the Influence w/BAC +.08 | 09/05/2005 | 2 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[X]  Count(s) _1 and 3_ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/07/2006
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

CRAIG M. KELLISON, United States Magistrate Judge
Name & Title of Judicial Officer

06/07/2006
Date

AO 245B-CAED (Rev. 9/01)  Sheet 2 - Imprisonment

DEFENDANT: STARK, William Scott

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: thirty (30) days.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States marshal for this district

    [ ]   at _____    on _____

    [ ]   as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ]   before 2:00 p.m. on _____

    [ ]   as notified by the United States Marshal.

    [ ]   as notified by the Probation or Pretrial Services Office.

AO 245B-CAED (Rev. 9/01)  Sheet 2 - Imprisonment

DEFENDANT: STARK, William Scott